UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RANCO INDUSTRIES, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-10-5214 |
| | § | |
| BOSTON FLOOR MATS and LAMONT TROY, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER AND FINAL JUDGMENT**

Pending before the court is plaintiff Ranco Industries, Inc.'s ("Ranco") motion for entry of final judgment. Dkt. 11.  The court entered a default judgment against defendants Boston Floor Mats and Lamont Troy on March 31, 2011.  Dkt. 10.  Ranco now moves for entry of final judgment awarding it (1) minimum statutory damages under 17 U.S.C. § 1203(c)(3)(B) for two violations of § 1202 of the Digital Millennium Copyright Act; (2) costs under 17 U.S.C. § 1203(b)(4), which allows a court, in its discretion, to "allow the recovery of costs"; and (3) attorney's fees under 17 U.S.C. § 1203(b)(5), which allows a court, in its discretion, to "award reasonable attorney's fees to the prevailing party." Dkt. 11.  The court has reviewed Ranco motion and the applicable law and determined that Ranco's motion should be granted and final judgment should be entered.  Therefore, Ranco's motion for entry of final judgment and an award of attorney's fees and costs (Dkt. 11) is **GRANTED**.  Final judgment against defendants Boston Floor Mats and Lamont Troy is hereby **ENTERED**.

The minimum statutory damages for violations of § 1202 is $2,500.00 per violation. 17 U.S.C. § 1203(c)(3)(B).  Since, pursuant to the default judgment entered on March 31, 2011 (Dkt.

10), defendants Boston Floor Mats and Lamont Troy are liable for two violations of § 1202, an award of $5,000.00 is appropriate. Accordingly, Ranco is **AWARDED** statutory damages in the amount of **$5,000.00**.

Ranco has attached an affidavit to its motion indicating that it incurred $440.00 in costs and $5,287.50 in attorney's fees. Dkt. 11, Exh. A. The court finds that these amounts are reasonable and just. Accordingly, Ranco is **AWARDED** costs in the amount of **$440.00** and attorney's fees in the amount of **$5,287.50**.

Ranco is to recover these amounts from defendants Boston Floor Mats and Lamont Troy jointly and severally.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas on May 18, 2011.

_____
Gray H. Miller
United States District Judge